FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00247-CV

Gloria M. **CHANDLER**- Deceased, and all other occupants of 4563 Lavender Lane, San Antonio, Texas 78220,
Appellant

v.

**REVERSE MORTGAGE SOLUTIONS, INC.,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04574
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellants' brief was due on August 24, 2022. Neither the brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellants to file, on or before **October 5, 2022**, their appellants' brief and a written response reasonably explaining (1) their failure to timely file the brief and (2) why appellee is not significantly injured by their failure to timely file a brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court